UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE:<br><br>DINO J. PETRONE and CONNIE L. PETRONE,<br><br>Debtor(s), | BK-09-32084-led<br>Chapter 7<br>Appeal Ref 16-55 |
| U.S. BANK, N.A. and PHH MORTGAGE SERVICES<br><br>Appellant(s)<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Appellee(s). | Case No. 2:16-CV-2885 JCM (JCM)<br><br>ORDER TO SHOW CAUSE |

Presently before the court is appellants PHH Mortgage Services and U.S. Bank, N.A.'s response to this court's July 5, 2017, order to show cause. (ECF No. 7).

The court acknowledges that appellants submitted their opening brief and relevant excerpts of the record on July 12, 2017. (ECF No. 6). Moreover, the court is satisfied with appellants' response to the order to show cause, and this appeal will proceed as provided below.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties opposing the appeal shall submit a response brief within fourteen (14) days of the date of this order. Appellants shall file their reply brief within seven (7) days of the response brief's submission date.

DATED July 13, 2017.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge