UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE:<br>DINO J. PETRONE and CONNIE L. PETRONE,<br>Debtor(s), | BK-09-32084-led<br>Chapter 7<br>Appeal Ref 16-55 |
| U.S. BANK, N.A. and PHH MORTGAGE SERVICES<br>Appellant(s)<br>v.<br>SFR INVESTMENTS POOL 1, LLC,<br>Appellee(s). | Case No. 2:16-CV-2885 JCM (JCM)<br><br>ORDER TO SHOW CAUSE |

Presently before the court is the stipulation to stay and extend the instant appellate briefing schedule in case no. 2:16-cv-02885-JCM. (ECF No. 12).

The court is cognizant of appellee SFR Investments Pool 1, LLC's July 25, 2017, motion to dismiss the appeal. (ECF No. 10). The present stipulation will be granted as to the parties' request to stay briefing until this court has adjudicated the motion to dismiss. However, the stipulation will be denied as to the parties' request for greater lengths of time to brief the instant appeal.

Thus, if the motion to dismiss is denied, the response brief will be due within fourteen (14) days of the date of that denial. The reply brief will be due within seven (7) days of the date that appellee submits its response brief.

. . .

. . .

James C. Mahan
U.S. District Judge

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the stipulation to stay and extend the appellate briefing schedule be, and the same hereby is, GRANTED IN PART AND DENIED IN PART, consistent with the foregoing.

DATED August 3, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -